# IN THE COURT OF APPEALS OF TENNESSEE

## AT KNOXVILLE

FILED

**January 28, 1999**

**Cecil Crowson, Jr.**
**Appellate Court**
**Clerk**

ALLEN A. BOOZE and wife,    ) C/A NO. 03A01-9803-CV-00095
DIANE BOOZE,    )
    ) CUMBERLAND CIRCUIT
    Plaintiffs-Appellants,    )
    )
v.    )
    )
FAIRFIELD COMMUNITIES, INC.,    )
d/b/a FAIRFIELD GLADE RESORT,    )
    )
    Defendant-Appellee.    )

## O R D E R

This cause was regularly heard and considered by the court. IT IS NOW

ORDERED that the judgment of the Trial Court is affirmed, and the cause remanded.

The costs of appeal are adjudged to appellants, for which execution may issue if

necessary.

PER CURIUM